IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FRANCES E. FLORES,**

       **Plaintiff,**

**v.**                      **No. CIV-09-0107 LAM**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

       **Defendant.**

# FINAL ORDER

**PURSUANT TO** the *Memorandum Opinion and Order* (*Doc. 23*) entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision* (*Doc. 16*) and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (*Doc. 23*).

       **IT IS SO ORDERED.**

                                                 _____
                                                 **THE HONORABLE LOURDES A. MARTÍNEZ**
                                                 **UNITED STATES MAGISTRATE JUDGE**
                                                 **Presiding by Consent**